**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **KIMBERLY HUDSON-BRYANT** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No.  4:25-CV-00510-O** |
| | § | |
| **WILSHIRE LAW FIRM PLC** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

Before the Court is the parties Joint Stipulation to Stay. Having considered the filing, the Court agrees that it is in the best interest of judicial economy to stay this case. Accordingly, this case is **STAYED** until October 1, 2025. The parties shall file a joint report **no later than October 8, 2025** requesting dismissal or for this case to be reopened.

**SO ORDERED** on this **July 14, 2025.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

- 1 -